**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **IN RE:** : | |
| : | **Chapter 7 Case No.** |
| **PHILLIP D. PILKENTON** : | |
| Debtor : | **12-71870** |
| : | |

**PHILLIP D. PILKENTON**
    Movant

v.

**SPRINGLEAF FINANCIAL SERVICES**
    Respondent

**MOTION FOR REDEMPTION OF VEHICLE**

Phillip D. Pilkenton respectfully shows the court:

1. At the time of the filing of Debtor's petition under Chapter 7 of the Bankruptcy Code, Debtor owned, and still owns, a 2005 Toyota Tundra - V8 which is in poor condition.

2. Springleaf Financial Services, a creditor of the Debtor, claims a security interest in the 2005 Toyota Tundra - V8 securing an indebtedness of $5,122.83. Such indebtedness is a consumer debt.

3. The value of the 2005 Toyota Tundra - V8 and therefore the value of the Respondent's interest, if any, in the same is no greater than $2,000.00.

4. At all pertinent times the Debtor has used the 2005 Toyota Tundra - V8 primarily for personal and family purposes.

5. The Trustee has abandoned any claim to the 2005 Toyota Tundra - V8 pursuant to 11 U.S.C. § 554.

6.    The Debtor desires to exercise the Debtor's right to redeem the 2005 Toyota Tundra - V8 from the lien, if any, of the Respondent by paying the amount of the allowed secured claim, as is permitted by 11 U.S.C. § 722.

WHEREFORE, Debtor prays that the value of the 2005 Toyota Tundra - V8 be determined, that the Court order Springleaf Financial Services to release its security interest therein upon the Debtor's payment to it of the amount of its allowed secured claim, and that Debtor have such other and further relief as may be just.

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 5th day of February, 2013 at 1:30 p.m., the undersigned will move the United States Bankruptcy Court, 322 Wood Avenue East, Big Stone Gap, Virginia 24219 for entry of an Order in accordance with the foregoing motion.

Dated:  January 9, 2013                    PHILIP D. PILKENTON
                                           By Counsel


/s/Robert T. Copeland
Robert T. Copeland, VSB #14575
COPELAND LAW FIRM, P.C.
Post Office Box 1296
Abingdon, VA  24212-1296
(276) 628-9525


### CERTIFICATE OF SERVICE

I, Robert T. Copeland, do hereby certify that the foregoing Motion was the 9th of January, 2013 electronically filed with the United States Bankruptcy Court, and that true copies of the same were mailed, via First Class Mail, postage prepaid, to the Debtor,

2

Chapter 7 Trustee and Jay Levine, CEO of Springleaf Financial Services, 601 NW Second Street, Evansville, IN 47708.

<u>/s/ Robert T. Copeland</u>
Robert T. Copeland

3